NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1414

VERTICAL DOORS, INC.,

Plaintiff-Appellee,

v.

J T BONN INC.
(doing business as J T Autobody and J T Autostyle),
TONY YIP, BILL YIP, and JOHN YIP,

Defendants-Appellants.

Appeal from the United States District Court for the Central District of California in case no. 05-CV-905, Judge James V. Selna.

ON MOTION

ORDER

J T Bonn Inc. et al. notify this court that the automatic stay provisions of 11 U.S.C. § 362 are applicable and move for an extension of time to file an opening brief.

IT IS ORDERED THAT:

(1)     Proceedings in this appeal, including the briefing schedule, are stayed. The parties are directed to file a status report every 90 days concerning the status of the bankruptcy proceedings and whether the automatic stay is lifted.

(2)     The motion for an extension of time is moot because the briefing schedule is stayed.

FOR THE COURT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 19 2009

JAN HORBALY
CLERK

AUG 19 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Neal M. Cohen, Esq.
     Jeff G. Kennedy, Esq.

s20